**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-02689 |
| | § | |
| RICKY JAMES HAECKEL | § | |
| DEBRA KAYE HAECKEL | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 06/30/2011. The case was converted to one under Chapter 7 on 03/01/2012. The undersigned trustee was appointed on 03/01/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,439.95

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $5.66 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,434.29 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 10/01/2012 and the deadline for filing government claims was 10/01/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $359.99. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $359.99, for a total compensation of $359.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $195.60, for total expenses of $195.60.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/06/2012                    By:    /s/ Thomas L. Flynn
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 11-02689 | | **Trustee Name:** | Thomas L. Flynn |
| **Case Name:** | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | | **Date Filed (f) or Converted (c):** | 03/01/2012 (c) |
| **For the Period Ending:** | 11/6/2012 | | **§341(a) Meeting Date:** | 04/03/2012 |
| | | | **Claims Bar Date:** | 10/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1228 42nd Des Moines, IA 50311 Date Purchased:8/6/2003 Legal Description:Lot 42 Ernhurst, Polk County | $172,800.00 | $19,838.00 | | $0.00 | FA |
| 2  Wells Fargo Checking acct#x0189 | $1,703.78 | $0.00 | | $0.00 | FA |
| 3  Wells Fargo Checking acct | $0.00 | $0.00 | | $0.00 | FA |
| 4  Wells Fargo Savings Acct #1678 | $700.02 | $0.00 | | $0.00 | FA |
| 5  Household Goods and Furnishings | $3,000.00 | $0.00 | | $0.00 | FA |
| 6  DVD's | $100.00 | $0.00 | | $0.00 | FA |
| 7  Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 8  Wedding Ring | $100.00 | $0.00 | | $0.00 | FA |
| 9  Emerald Ring | $75.00 | $0.00 | | $0.00 | FA |
| 10  1 Camera and a photo printer | $75.00 | $0.00 | | $0.00 | FA |
| 11  401K with T.RowePride | $58,934.35 | $0.00 | | $0.00 | FA |
| 12  2 EE Bonds ($50 each) | $100.00 | $0.00 | | $0.00 | FA |
| 13  Earned income from self employment | $0.00 | $0.00 | | $0.00 | FA |
| 14  Earned income form CDS Global | $0.00 | $0.00 | | $0.00 | FA |
| 15  2003 Pontiac Bonneville SLE (91,506mi) | $5,700.00 | $0.00 | | $0.00 | FA |
| 16  Tools of the Trade | $1,000.00 | $0.00 | | $0.00 | FA |
| 17  Dog | $10.00 | $0.00 | | $0.00 | FA |
| 18  2011 Non-Exempt Tax Refunds  (u) | Unknown | $1,619.00 | | $1,439.95 | $179.05 |
| **TOTALS (Excluding unknown value)** | **$244,698.15** | **$21,457.00** | | **$1,439.95** | **Gross Value of Remaining Assets** **$179.05** |

**Initial Projected Date Of Final Report (TFR):** 04/03/2013     **Current Projected Date Of Final Report (TFR):** 04/03/2012     /s/ THOMAS L. FLYNN

THOMAS L. FLYNN

Page No: 1     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-02689 | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1798 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | ******1799 | Account Title: | Haeckel, Debra and Rick |
| For Period Beginning: | 6/30/2011 | Blanket bond (per case limit): | $20,548.00 |
| For Period Ending: | 11/6/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2012 | (18) | Debra Haeckel | Payment for non-exempt tax refunds | 1224-000 | $359.99 | | $359.99 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.11 | $359.88 |
| 07/25/2012 | (18) | Debra Haeckel | Payment for Non-Exempt Tax Refunds | 1224-000 | $359.99 | | $719.87 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.67 | $719.20 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.27 | $717.93 |
| 09/06/2012 | (18) | Debra K. Haeckel | Payment for Non-Exempt Tax Refunds | 1224-000 | $359.99 | | $1,077.92 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $1,076.47 |
| 10/05/2012 | (18) | Debra K. Haeckel | Final Payment for Non-Exempt Tax Refunds | 1224-000 | $359.98 | | $1,436.45 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.16 | $1,434.29 |
| | | | **TOTALS:** | | $1,439.95 | $5.66 | $1,434.29 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,439.95 | $5.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,439.95 | $5.66 | |

**For the period of 6/30/2011 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,439.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,439.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/23/2012 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,439.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,439.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-02689 | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******1798 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | ******1799 | Account Title: | Haeckel, Debra and Rick |
| For Period Beginning: | 6/30/2011 | Blanket bond (per case limit): | $20,548.00 |
| For Period Ending: | 11/6/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,439.95 | $5.66 | $1,434.29 |

**For the period of 6/30/2011 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,439.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,439.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/01/2012 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,439.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,439.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT                    Page No: 1       Exhibit C

| Case No.: | 11-02689 | | | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|---|---|
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | | | Date: | 11/6/2012 |
| Claims Bar Date: | 10/01/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | THOMAS L. FLYNN  666 Walnut Street, Suite 2000  Des Moines IA 50309 | 11/01/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $195.60 | $195.60 | $0.00 | $0.00 | $0.00 | $195.60 |
| | THOMAS L. FLYNN  666 Walnut Street, Suite 2000  Des Moines IA 50309 | 11/01/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $359.99 | $359.99 | $0.00 | $0.00 | $0.00 | $359.99 |
| 1 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 430543025 | 07/04/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,261.91 | $12,261.91 | $0.00 | $0.00 | $0.00 | $12,261.91 |

**Claim Notes:**   unsecured credit card

| 2 | FIA CARD SERVICES NA AS SUCCESSOR IN INTEREST TO  Bank of America NA (USA) and MBNA  America Bank NA  c/o Becket and Lee LLP  POB 3001  Malvern PA 193550701 | 07/06/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,165.31 | $3,165.31 | $0.00 | $0.00 | $0.00 | $3,165.31 |

**Claim Notes:**   unsecured credit card

| 3 | WELLS FARGO CARD SERVICES  Recovery Dept.  PO Box 9210  Des Moines IA 50306 | 07/07/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,247.43 | $4,247.43 | $0.00 | $0.00 | $0.00 | $4,247.43 |

**Claim Notes:**   unsecured credit card

| 4 | WELLS FARGO BANK, N.A.  4137 121st Street  Urbandale IA 50323 | 07/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,593.39 | $8,593.39 | $0.00 | $0.00 | $0.00 | $8,593.39 |

**Claim Notes:**   unsecured credit card

CLAIM ANALYSIS REPORT          Page No: 2          Exhibit C

| Case No.: | 11-02689 | | | Trustee Name: | Thomas L. Flynn |
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | | | Date: | 11/6/2012 |
| Claims Bar Date: | 10/01/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | NATIONAL CAPITAL MANAGEMENT, LLC. <br> 8245 Tournament Drive <br> Suite 230 <br> Memphis TN 38125 | 07/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,028.87 | $3,028.87 | $0.00 | $0.00 | $0.00 | $3,028.87 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |
| 6 | WELLS FARGO BANK NA <br> 1 Home Campus <br> Mac x2303-01A <br> Des Moines IA 50328 | 07/20/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $19,939.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed as claim filed as secured and is secured by its mortgage. | | | | | | | | | | | |
| 7 | CAPITAL ONE,N.A <br> c/o Creditors Bankruptcy Service <br> P O Box 740933 <br> Dallas Tx 75374 | 07/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,017.26 | $1,017.26 | $0.00 | $0.00 | $0.00 | $1,017.26 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |
| 8 | WELLS FARGO BANK, N.A. <br> 4137 121st Street <br> Urbandale IA 50323 | 07/22/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $19,925.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed as claim filed as secured and is secured by its mortgage. | | | | | | | | | | | |
| 9 | CANDICA, LLC <br> C O WEINSTEIN AND RILEY, PS <br> 2001 WESTERN AVENUE, STE 400 <br> SEATTLE WA 98121 | 08/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,976.66 | $1,976.66 | $0.00 | $0.00 | $0.00 | $1,976.66 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Page No: 3   Exhibit C

| Case No.: | 11-02689 | | | | | | Trustee Name: | Thomas L. Flynn |
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | | | | | | Date: | 11/6/2012 |
| Claims Bar Date: | 10/01/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 10/14/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,057.00 | $2,057.00 | $0.00 | $0.00 | $0.00 | $2,057.00 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |
| 11 | HSBC BANK NEVADA, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson AZ 85712 | 10/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,944.46 | $1,944.46 | $0.00 | $0.00 | $0.00 | $1,944.46 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |
| 12 | HSBC BANK NEVADA, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson AZ 85712 | 10/25/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,297.13 | $1,297.13 | $0.00 | $0.00 | $0.00 | $1,297.13 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |
| 13 | WELLS FARGO BANK, N.A.<br><br>3476 Stateview Blvd<br>MAC: X7801-014<br>Fort Mill SC 29715 | 10/26/2011 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $115,905.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Disallowed as claim filed as secured and is secured by its mortgage | | | | | | | | | | | |
| 14 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington DE 198865102 | 07/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,020.57 | $3,020.57 | $0.00 | $0.00 | $0.00 | $3,020.57 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |

| Case No. | 11-02689 | | | | | | | Trustee Name: | Thomas L. Flynn | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | | | | | | | Date: | 11/6/2012 | | |
| Claims Bar Date: | 10/01/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CAPITAL ONE, N.A.  c o Becket and Lee LLP  POB 3001  Malvern PA 193550701 | 10/01/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,008.96 | $1,008.96 | $0.00 | $0.00 | $0.00 | $1,008.96 |

**Claim Notes:** unsecured credit card

| | | | | | $199,944.97 | $44,174.54 | $0.00 | $0.00 | $0.00 | $44,174.54 |
|---|---|---|---|---|---|---|---|---|---|---|

Page No: 5    Exhibit C

**CLAIM ANALYSIS REPORT**

| Case No. | 11-02689 | Trustee Name: | Thomas L. Flynn |
|---|---|---|---|
| Case Name: | HAECKEL, RICKY JAMES AND HAECKEL, DEBRA KAYE | Date: | 11/6/2012 |
| Claims Bar Date: | 10/01/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $43,618.95 | $43,618.95 | $0.00 | $0.00 | $0.00 | $43,618.95 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $155,770.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $359.99 | $359.99 | $0.00 | $0.00 | $0.00 | $359.99 |
| Trustee Expenses | $195.60 | $195.60 | $0.00 | $0.00 | $0.00 | $195.60 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 11-02689
Case Name: RICKY JAMES HAECKEL
DEBRA KAYE HAECKEL
Trustee Name: Thomas L. Flynn

Balance on hand: $1,434.29

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $1,434.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Thomas L. Flynn, Trustee Fees | $359.99 | $0.00 | $359.99 |
| Thomas L. Flynn, Trustee Expenses | $195.60 | $0.00 | $195.60 |

Total to be paid for chapter 7 administrative expenses: $555.59
Remaining balance: $878.70

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $878.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $878.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,618.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,261.91 | $0.00 | $247.02 |
| 2 | FIA Card Services NA as successor in interest to | $3,165.31 | $0.00 | $63.76 |
| 3 | Wells Fargo Card Services | $4,247.43 | $0.00 | $85.56 |
| 4 | Wells Fargo Bank, N.A. | $8,593.39 | $0.00 | $173.11 |
| 5 | National Capital Management, LLC. | $3,028.87 | $0.00 | $61.02 |
| 7 | Capital One,N.A | $1,017.26 | $0.00 | $20.49 |
| 9 | CANDICA, LLC | $1,976.66 | $0.00 | $39.82 |
| 10 | Portfolio Recovery Associates, LLC | $2,057.00 | $0.00 | $41.44 |
| 11 | HSBC Bank Nevada, N.A. | $1,944.46 | $0.00 | $39.17 |
| 12 | HSBC Bank Nevada, N.A. | $1,297.13 | $0.00 | $26.13 |
| 14 | FIA CARD SERVICES, N.A. | $3,020.57 | $0.00 | $60.85 |
| 15 | Capital One, N.A. | $1,008.96 | $0.00 | $20.33 |

Total to be paid to timely general unsecured claims:    $878.70
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |